**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID CATINELLA,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1340-Orl-31KRS**

**ROBERT BOSCH TOOL CORPORATION,**

          **Defendant.**
_____

## ORDER

Defendant has filed a Motion to Dismiss and for sanctions (Doc. 41) by reason of Plaintiff's consistent failure to prosecute or comply with the Court's Orders. Plaintiff has not responded to the Motion, which is therefore unopposed. The Motion is well-founded and due to be granted. The Court finds that no sanction short of dismissal with prejudice would be effective. Accordingly, pursuant to Fed. R. Civ. P. 41(b), it is

**ORDERED** that Defendant's Motion is GRANTED. As a sanction, Plaintiff's Complaint is STRICKEN and the case is DISMISSED with prejudice. This case is removed from the July 2007 trial docket and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 28, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE